UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Cestaro,<br><br>      Plaintiff,<br><br>-v-<br><br>Michael Prohaska and Construction And General Building Laborers Local 79,<br><br>      Defendants. | 22-cv-9444 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Defendants are granted leave to electronically file Exhibit A to the Declaration of Jasmine Perdomo (Dkt. 35) under seal, so that it is only viewable by the Court, the parties, and their attorneys.

    SO ORDERED.

New York, NY
May 30, 2023

                                              _____
                                              JED S. RAKOFF, U.S.D.J.