```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| Joseph Cestaro,<br><br>      Plaintiff,<br><br>  -v-<br><br>Michael Prohaska and Construction And General Building Laborers Local 79,<br><br>    Defendants. | 22-cv-9444 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The Court previously granted defendants leave to electronically file Exhibit A to the Declaration of Jasmine Perdomo (Dkt. 35) under seal, so that it is only viewable by the Court, the parties, and their attorneys. See Dkt. 37. When plaintiffs file their opposition summary judgment papers, they are granted leave to file under seal -- available only to the Court, the parties, and their attorneys -- certain handwritten notes they plan to file relating to Exhibit A to the Perdomo Declaration.

    SO ORDERED.

New York, NY
May 31, 2023

                                              JED S. RAKOFF, U.S.D.J.

1