UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH CESTARO,

                    Plaintiff,                    22 **CIVIL** 9444 (JSR)

       -against-                           **JUDGMENT**

MICHAEL PROHASKA AND
CONSTRUCTION BUILDING
 LABORERS LOCAL 79,
                  Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated July 7, 2023, the Court grants defendants' motion for summary judgment in its entirety and dismisses Cestaro's complaint with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
          July 10, 2023

                                                    **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                         **BY:**

                                                   **Deputy Clerk**